WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

US Bank National Association, as Successor Trustee to Bank of America National Association successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS
09-72938 / ▮

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-16897-mkn |
| Virginia Koehn | MS Motion No.<br>Date:<br>Time: |
| | Chapter 13 |
| Debtors. | |

**DECLARATION RE BREACH OF CONDITION**

STATE OF __SC__ )
                    )ss.
COUNTY OF __York__ )

I, ~~Teressa J. Williams~~ declare and state:

1. As to the following facts, I know them to be true of my personal knowledge, and if called upon to testify in this action, I could and would testify competently thereto.

2. I am an employee of US Bank National Association, as Successor Trustee to Bank of America National Association successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS, Secured Creditor herein, and am most familiar with the loan and the ongoing litigation.

3. The real property subject to the Trust Deed is commonly described as 689 Mesa View #95, Mesquite, NV 89027 and legally described as follows:

Parcel I:
Unit Ninety-Five (95) in Building Seventeen (17) of MESQUITE MESA PHASE 2, A CONDOMINIUM SUBDIVISION, as shown by map thereof on file in Book 80 of Plats, page 51, in the office of the County Recorder of Clark County, Nevada, and as defined in that certain declaration of covenants, conditions and restrictions and reservation of easements for the Mesquite Mesa Condominiums recorded October 28, 1996 in Book 961028 of Official Records, Clark County, Nevada, as Document No. 00324.
Parcel II:
An undivided 1l3'h interest in and to the common areas and common elements shown as construction Phases Eight (8) and Ten (10) only, upon said map of MESQUITE MESA PHASE 2, A CONDOMINIUM SUBDIVISION, in Book 80 of Plats, Page 61, in the Office of the County Recorder of Clark County, Nevada and as defined in said declaration of covenants, conditions, restrictions and reservation of easements.
Parcel III:
Together with a non-exclusive easement for ingress and egress over the private drives, common elements, and other common areas and association property as established and defined in said declaration of covenants, conditions, restrictions and reservation of easements.

4. I have examined the document entitled "Order Regarding Adequate Protection", a copy of which is attached hereto and marked as Exhibit "A" and incorporated herein by this reference, and am representing my personal knowledge as to whether the Debtor have complied with the requirements of said Order.

5. Pursuant to the aforementioned Order, the Debtor would have fifteen (15) days from the date of this Declaration in which to cure the delinquencies due. If upon the 16th) day, Debtor has failed to so cure those delinquencies, the automatic Stay Order would be vacated and extinguished as to this Secured Creditor.

6. As of the date of this Declaration, the Debtor has not made the payments as required by the aforementioned Order. The Debtor is presently past due as follows:

| | | | |
|---|---|---|---|
| a. | 6 Monthly Payments at $1,017.51 (September 1, 2009 – February 1, 2010) | | $6,105.06 |
| b. | 6 Stipulated payments at $851.52 (September 20, 2009 – February 20, 2010) | | $5,109.12 |
| c. | 6 Late Charges at $46.35 (September 16, 2009 – February 16, 2010) | | $278.10 |
| d. | Attorneys Fees | | <u>$100.00</u> |
| | Total Reinstatement | | $11,592.28 |

7. Debtors are responsible for the subsequent payments that will come due during this Breach period:

| | | |
|---|---|---|
| a. | 1 Monthly Payments at $1,017.51 (March 1, 2009) | $1,017.51 |

PARTIAL TENDERS WILL NOT BE ACCEPTED

8. Check # 1195 dated September 5, 2009 in the amount of $1,020.00 was not negotiated by Secured Creditor and is stale dated.

9. Due to Debtors failure to timely and properly comply with the Order as set forth hereinabove, Secured Creditor has been forced to incur additionally attorneys' fees to obtain relief from the Stay Order to take possession of its real property.

10. These attorneys' fees are in addition to attorneys' fees incurred prior to the non-compliance and are now owing to Secured Creditor from Debtors pursuant to the Trust Deed.

11. Should the Debtor cure the default, the Debtor must forward the funds to:

>GREGORY L. WILDE, ESQ.
>WILDE & ASSOCIATES
>212 South Jones Boulevard
>Las Vegas, Nevada 89107

I declare under penalty of perjury that the foregoing is true and correct.

_____
Teressa J. Williams
Assistant Secretary

SUBSCRIBED and SWORN to before me this ___ day of _____, 2010

_____
Notary Public in and for said
State and County

[Official Seal: Notary Public, State of South Carolina, PENNY S McCRAVEN, My Commission Expires 2014]

Entered on Docket
September 15, 2009

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

_Lodge_

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

US Bank National Association, as Successor Trustee to Bank of America National Association successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage Loan Trust 2007-3XS
09-72938 / 1127130609

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Virginia Koehn

Debtors.

BK-S-09-16897-mkn

MS Motion No.
Date: 8/19/09
Time: 1:30 P.M.

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

EXHIBIT A

1     IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-

2 petition arrearages currently due as follows:

3     4 Monthly Payments at $1,017.51                      $ 4,070.04
    (May 1, 2009-August 1, 2009)
4     3 Late Charges at $46.35 each                        $ 139.05
    (May 16, 2009-July 16, 2009)
5     Motion Filing Fee                                 $ 150.00
6     Attorneys Fees                                    $ 750.00
    Total Arrearages                                   $ 5,109.09

7

8     The above arrearage shall be paid in six (6) monthly installments of $851.52. These payments

9 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month

10 commencing with the September 20, 2009 payment and continuing throughout and concluding on or

11 before Febuary 20, 2010.

12     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

13 Debtors at least five business days' notice of the time, place and date of sale.

14     IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and

15 maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning

16 with the September 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject

17 Property, generally described as 689 Mesa View #95, Mesquite, NV 89027, and legally described as

18 follows:

19 Parcel I:
Unit Ninety-Five (95) in Building Seventeen (17) of MESQUITE MESA PHASE 2, A
20 CONDOMINIUM SUBDIVISION, as shown by map thereof on file in Book 80 of Plats, page
51, in the office of the County Recorder of Clark County, Nevada, and as defined in that certain
21 declaration of covenants, conditions and restrictions and reservation of easements for the
Mesquite Mesa Condominiums recorded October 28, 1996 in Book 961028 of Official Records,
22 Clark County, Nevada, as Document No. 00324.
Parcel II:
23 An undivided 1113'h interest in and to the common areas and common elements shown as
construction Phases Eight (8) and Ten (10) only, upon said map of MESQUITE MESA PHASE
24 2, A CONDOMINIUM SUBDIVISION, in Book 80 of Plats, Page 61, in the Office of
the County Recorder of Clark County, Nevada and as defined in said declaration of covenants,
25 conditions, restrictions and reservation of easements.
Parcel III:
26 Together with a non-exclusive easement for ingress and egress over the private drives, common
elements, and other common areas and association property as established and defined in said
declaration of covenants, conditions, restrictions and reservation of easements.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /s/ #10945
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By /s/    9-9-09

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Laura L. Fritz

By /s/ Laura L.F.

Laura L. Fritz
Attorney for Debtors
625 South Sixth Street
Las Vegas, NV 89101

Nevada Bar No. 6527

```
 1  WILDE & ASSOCIATES
    Gregory L. Wilde, Esq.
 2  Nevada Bar No. 004417
    212 South Jones Boulevard
 3  Las Vegas, Nevada 89107
 4  Telephone: 702 258-8200
    Fax: 702 258-8787
 5
    and
 6
 7  MARK S. BOSCO, ESQ.
    Arizona Bar No. 010167
 8  TIFFANY & BOSCO, P.A.
    2525 East Camelback Road, Suite 300
 9  Phoenix, Arizona 85016
    Telephone (602) 255-6000
10
    US Bank National Association, as Successor Trustee to Bank of America National Association
11  successor by merger to LaSalle Bank National Association, as Trustee for Morgan Stanley Mortgage
    Loan Trust 2007-3XS
12  09-72938
13
```

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEVADA

| In Re: | 09-16897-mkn |
|---|---|
| Virginia Koehn | MS Motion No.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

### CERTIFICATE OF MAILING OF
### DECLARATION RE BREACH OF CONDITION

1. On Feb 24, 2010 I served the following documents(s):

   DECLARATION RE BREACH OF CONDITION

2. I served the above-named document(s) by the following means to the persons as listed below:

X  **a. ECF System**

    Laura L. Fritz
    625 South Sixth Street
    Las Vegas, NV 89101
    Attorney for Debtor

    Rick A. Yarnall
    701 Bridger Avenue #820
    Las Vegas, NV  89101
    Trustee

X  **b. United States mail, postage fully prepaid:**

    Virginia Koehn
    689 Mesaview, #95
    Mesquite, NV  89027
    Debtors

☐  **c. Personal Service** (List persons and addresses. Attach additional paper if necessary)

    I personally delivered the document(s) to the persons at these addresses:

    ☐  1.    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney's office with a clerk or other person in charge, or if no one is charge by leaving the document(s) in a conspicuous place in the office.

    **N/A**

    ☐  2.    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.
N/A

☐  **d. By direct mail (as opposed to through the ECF System)**

    *(List persons and email addresses. Attach additional paper if necessary)*

Case 09-16897-mkn    Doc 64    Entered 02/24/10 12:50:58    Page 10 of 10

Based upon the written assignment of the parties to accept service by email or a court order. I caused the document(s) to be sent to the persons at the mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written assignment of the parties to accept service by fax transmission or a court order. I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

*( A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on : 2/24/10    *[signature: Jamie Miller]*