**Entered on Docket
September 18, 2009**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES  
Gregory L. Wilde, Esq.  
Nevada Bar No. 004417  
208 South Jones Boulevard  
Las Vegas, Nevada 89107  
Telephone: 702 258-8200  
Fax: 702 258-8787  
bk@wildelaw.com,

Midanet  
09-74275

(Linked to Motion no. 65)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-08-51132-gwz |
| Margaret Evans | Date:  7/28/09<br>Time: 10:00am |
| | Chapter 7 |
| Debtor. | |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted as to the subject property described as 4141 Quinn Drive, Carson City, NV 89701.


1    DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

/s/ Gregory L. Wilde
_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**William D. Cope**
595 Humboldt Street
Reno, NV 89509
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**Angelique L. M. Clark**
P. O. Box 50070
Sparks, NV  89435
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case

_x_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

**(List Parties)**

Debtor's counsel:

\_\_\_\_\_  approved the form of this order         \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or      __x\_\_\_ failed to respond to the document

\_\_\_\_\_  appeared at the hearing, waived the right to review the order

\_\_\_\_\_  Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_    approved the form of this order         \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or    _x\_\_\_\_ failed  to respond to the document

Other Party:_____

\_\_\_\_    approved the form of this order         \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_  waived the right to review the order and/or      \_\_\_\_\_ failed  to respond to the document

Submitted by:
_/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor

Case 08-51132-gwz    Doc 76    Entered 09/18/09 16:13:04    Page 4 of 5

Case 08-51132-gwz    Doc 76    Entered 09/18/09 16:13:04    Page 5 of 5